UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BRICKZADIA APONTE, *on behalf of* :
*herself and others similarly situated*, :
:
:
Plaintiff, :
-against- : **ORDER**
:
WHOLE FOODS MARKET GROUP, :
INC. and AMAZON.COM, INC., : 21-CV-2148 (VM)(KNF)
:
Defendants. :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on August 31, 2021, at 3:00 p.m. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York
        August 19, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE