UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BRICKZADIA APONTE, *on behalf of* :
*herself and others similarly situated*, :
: 
: 
                        Plaintiff, :
     -against- :          **ORDER**
: 
WHOLE FOODS MARKET GROUP, :
INC. and AMAZON.COM, INC., :       21-CV-2148 (VM)(KNF)
: 
                   Defendants. :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The telephone conference scheduled previously for August 31, 2021, is hereby rescheduled to September 1, 2021, at 2:00 p.m. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
         August 30, 2021

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE